1  James A. Dumas (SBN 76284)
2  Christian T. Kim (SBN 231017)
   DUMAS & KIM, APC
3  3435 Wilshire Blvd., Ste. 990
   Los Angeles, CA 90010
4  Telephone: 213/368-5000
   Facsimile: 213/368-5009
5
   Attorneys for the Plaintiff and Chapter 7 Trustee,
6  Sam S. Leslie

7              UNITED STATES BANKRUPTCY COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9                   LOS ANGELES DIVISION

10
11 In re:                                Case No.: 2:14-bk-26506-BR

12 ALIUSKA UDRIA,
                                         [Chapter 7]
13           Debtor.
                                         Adv. Case No.: 2:15-ap-01166-BR
14

15                                       AMENDED PROOF OF SERVICE OF
                                         SUMMONS AND NOTICE OF STATUS
16 SAM S. LESLIE, Chapter 7 Trustee of the Estate   CONFERENCE, NOTICE RE
   of ALIUSKA UDRIA,                    CONTINUANCES AND SETTLEMENTS,
17                                       FREE LEGAL HELP, ADVERSARY
18           Plaintiff,                  PROCEEDING COVER SHEET AND
                                         COMPLAINT TO AVOID
19           vs.                         AND RECOVER FRAUDULENT
                                         TRANSFERS
20 LUIS RODRIGUEZ AGUILERA, aka, LUIS A.
21 RODRIGUEZ, an individual, CANDIDA ROSA
   GUERRERO RICARDO, aka, CANDIDA R.
22 GUERRERO, an individual,

23           Defendants.

24
25
26
27
28

                          1

| In re: Aliuska Udria<br>Leslie v. Aguilera | CHAPTER: 7 |
| | CASE NUMBER: 2:14-bk-26506-BR |
| Debtor(s). | ADV. CASE NUMBER: 2:15-ap-01166-BR |

# *Amended* PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 3435 Wilshire Blvd., Ste. 990, Los Angeles, CA 90010.

A true and correct copy of the foregoing document entitled (*specify*): **Proof of Service of Summons and Notice of Status Conference, Notice of Status Conference, Notice re Continuances and Settlements, Free Legal Help, Adversary Proceeding Cover Sheet and Complaint to Avoid and Recover Fraudulent Transfers** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 9, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Cari Donahue    cari@westsidelaw.org, westsidelawgroup@ymail.com
Sam S Leslie (TR)    sleslie@trusteeleslie.com, sleslie@ecf.epiqsystems.com; trustee@trusteeleslie.com
James A Dumas    jdumas@dumas-law.com
Christian T Kim    ckim@dumas-law.co
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gom

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) **April 9, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Aliuska Udria
1038 Alondra Cir
La Verne, CA 91750-3801

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **April 6, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Cari Donahue    cari@westsidelaw.org

United States Bankruptcy Court
Hon. Barry Russell
255 E. Temple St., Crt. Room 1660
Los Angeles, CA 90012

☐ Service information continued on attached page
I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **April 9, 2015** | Danielle M. Landeros | */s/ Danielle M. Landeros* |
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| In re: Aliuska Udria<br>Leslie v. Aguilera | CHAPTER: 7 |
| | CASE NUMBER: 2:14-bk-26506-BR |
| Debtor(s). | ADV. CASE NUMBER: 2:15-ap-01166-BR |

Luis R. Aguilera
aka Luis A. Rodriguez
348 East 13th Street
Azusa, CA 91702

Candida Rosa Guerrero Ricardo
aka Candida R. Guerrero
348 East 13th Street
Azusa, CA 91702

Cari Donahue, Esq.
Westside Law APC
2003 S El Camino Real Ste 117
Oceanside, CA 92054

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9021-1.1.NOTICE.ENTERED.ORDER**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Christian T Kim<br>Dumas & Assoc<br>3435 Wilshire Blvd Ste 990<br>Los Angeles, CA 90010<br><br>213-368-5000<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES**

</div>

| In re:<br><br>Aliuska Udria<br><br><br><br><div align="right">Debtor(s).</div> | CASE NO.: 2:14-bk-26506-BR<br><br>CHAPTER: 7<br><br>ADVERSARY NUMBER: 2:15-ap-01166-BR |
|---|---|
| Sam S. Leslie<br><br><div align="center">Versus</div><div align="right">Plaintiff(s)</div>Luis R. Aguilera<br>(See Attachment A for names of additional defendants)<div align="right">Defendant(s)</div> | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is **05/04/2015.** If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| Date: | **June 9, 2015** |
| Time: | **10:00 AM** |
| Hearing Judge: | **Barry Russell** |
| Location: | **255 E Temple St., Crtrm 1668, Los Angeles, CA 90012** |

---

<div align="center">This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.</div>

**You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status
conference.** All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the
other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before
a status conference. A court-approved joint status report form is available on the court's website (LBR form F
7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F
7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with
the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the
status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may
also fine you or impose other sanctions if you fail to appear at a status conference.**

**KATHLEEN J. CAMPBELL
CLERK OF COURT**

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: April 3, 2015

By: ____ "s/" Stacey Fortier ____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2012*                                        Page 2                        **F 7004-1.SUMMONS.ADV.PROC**

## ATTACHMENT A
### Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Sam S. Leslie | Luis R. Aguliera<br>Candida Rosa Guerro Ricardo |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:** On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 7004-1.SUMMONS.ADV.PROC**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE

**RE: CONTINUANCES:**

No continuances will be granted unless a written stipulation signed by all parties is filed at least 48 hours prior to the schedules hearing. Such stipulation must explain, in detail, the reason for the continuances. Such stipulation must be in the form of a declaration, signed under penalty of perjury. No continuance will be granted without good cause.

In addition to filing a written stipulation, the Courtroom Deputy must be notified personally at least 24 hours before the hearing. No continuances will be granted on the day of the hearing. It is the responsibility of all parties to check to see that the Court has been so notified. If there has been no notification, both written and oral, all sides must be ready to proceed with the hearing. Unless the parties have been notified by the clerk that the judge has granted the motion, all parties must appear for the hearing.

**RE: SETTLEMENTS:**

In case of a settlement reached prior to a hearing or trial, every effort should be made to notify the Court at least 48 hours prior to the hearing or trial.

**RE: SANCTIONS FOR FAILURE TO TIMELY PREPARE FOR STATUS AND PRE-TRIAL CONFERENCES:**

Pursuant to Rule 7016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 7016-1, failure to timely comply with Rule 7016-1 will result in sanctions of at least $300.00 against any party and/or it counsel, payable to the Clerk of Court, General Fund Account. Additional sanctions may be imposed as deemed appropriate under the circumstances. Timely compliance with Rule 7016-1 includes, but is not limited to, timely filing of status report and pre-trial orders. Subsequent offenses in the same matter will result in escalating sanctions. Sending attorneys to court to appear on matters, about which they are inadequate informed will result in similar sanctions.

BARRY RUSSELL
U.S. BANKRUPTCY JUDGE

# FREE LEGAL HELP

A creditor has sued you in bankruptcy court. You were served with a Summons and Complaint, and you must now file an Answer. If you do not file an Answer on time, the court may enter a default judgment against you. This means that your debt may not be discharged and you will be responsible for paying it back.

## IF YOU CAN NOT AFFORD AN ATTORNEY, FREE LEGAL HELP MAY BE AVAILABLE.

For more information, call:

### Public Counsel's

### Debtor Assistance Project Hotline

### (213) 385-2977, ext. 704



**35ᵀᴴ ANNIVERSARY**

THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

# AYUDA LEGAL GRATUITA

Su acreedor le ha demandado en la corte de bancarrota. Usted recibió la demanda, llamada "Summons" y "Complaint." Usted debe archivar una respuesta a la demanda en la corte. Si no archiva la respuesta a tiempo, la corte puede decidir en su contra. Si eso sucede, la deuda no se descargará en su caso de bancarrota y Usted será responsable por pagar al acreedor.

## SI LE FALTAN RECURSOS PARA CONTRATAR A UN ABOGADO, LLAME A LA LINEA DE AYUDA LEGAL GRATUITA.

Para mas información, llame al:

**Proyecto de Ayuda al Deudor
de
Public Counsel**

**(213) 385-2977, ext. 704**



35TH ANNIVERSARY
THE PUBLIC INTEREST LAW OFFICE OF THE LOS ANGELES COUNTY AND BEVERLY HILLS BAR ASSOCIATIONS

FORM B104 (08/07)                                                                                    2007 USBC, Central District of California

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Page 2) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|

| PLAINTIFFS <br> Sam S. Leslie | DEFENDANTS <br> Luis Rodriguez Aguilera, aka, Luis A. Rodriguez, Candida Rosa Guerrero Ricardo, aka, Candida R. Guerrero; |
|---|---|
| ATTORNEYS (Firm Name, Address, and Telephone No.) <br> Christian T. Kim, Dumas & Kim, APC, 3435 Wilshire Boulevard, Suite 990, Los Angeles, California 90010, 213-368-5000 | ATTORNEYS (If Known) <br> Carl Donahue, Westside Law, APC, 2003 S. El Camino Real, Suite 117, Oceanside, CA 92008, (760) 687-9807 |
| PARTY (Check One Box Only) <br> ☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor        ☐ Other <br> ☒ Trustee | PARTY (Check One Box Only) <br> ☐ Debtor          ☐ U.S. Trustee/Bankruptcy Admin <br> ☐ Creditor        ☒ Other <br> ☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT TO AVOID AND RECOVER FRAUDULENT TRANSFERS

[11. U.S.C. §§ 544, 550; Cal. Civ. Code §§ 3439.04, 3439.05-09]

**NATURE OF SUIT**
(Number up to five boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property

☐ 12-Recovery of money/property - §547 preference

☐ 13-Recovery of money/property - §548 fraudulent transfer

☐ 14-Recovery of money/property - other  [1]

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims

☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud

☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support

☐ 68-Dischargeability - §523(a)(6), willful and malicious injury

☐ 63-Dischargeability - §523(a)(8), student loan

☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)

☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay

☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.

☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $  *According to Proof* |

Other Relief Sought

FORM B104 (08/07), page 2                                    2007 USBC, Central District of California

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | |
| --- | --- |
| NAME OF DEBTOR | BANKRUPTCY CASE NO. |
| ALIUSKA UDRIA | 14-26506-BR |
| DISTRICT IN WHICH CASE IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| CENTRAL DISTRICT OF CALIFORNIA | LOS ANGELES DIVISION | HON. BARRY RUSSELL |

| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| --- | --- | --- |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| | | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| | | |

SIGNATURE OF ATTORNEY (OR PLAINTIFF)

| DATE | PRINT NAME OF ATTORNEY (OR PLAINTIFF) |
| --- | --- |
| 4/2/15 | CHRISTIAN T. KIM |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.

1  James A. Dumas (SBN 76284)
2  Christian T. Kim (SBN 231017)
   DUMAS & KIM, APC
   3435 Wilshire Blvd., Ste. 990
3  Los Angeles, CA 90010
4  Telephone: 213/368-5000
   Facsimile: 213/368-5009
5  Attorneys for the Plaintiff and Chapter 7 Trustee,
6  Sam S. Leslie

7                    UNITED STATES BANKRUPTCY COURT

8                    CENTRAL DISTRICT OF CALIFORNIA

9                        LOS ANGELES DIVISION

10
11 In re:                                  Case No.: 2:14-bk-26506-BR
12 ALIUSKA UDRIA,
                                           [Chapter 7]
13             Debtor.
                                           Adv. Case No.:
14
15                                         COMPLAINT TO AVOID AND RECOVER
                                           FRAUDULENT TRANSFERS
16 SAM S. LESLIE, Chapter 7 Trustee of the Estate
   of ALIUSKA UDRIA,
17
18        Plaintiff,                       [11. U.S.C. §§ 544, 550; Cal. Civ. Code §§
                                           3439.04, 3439.05]
19        vs.
20 LUIS RODRIGUEZ AGUILERA, aka, LUIS A.
21 RODRIGUEZ, an individual, CANDIDA ROSA
   GUERRERO RICARDO, aka, CANDIDA R.
22 GUERRERO, an individual,
23        Defendants.
24
25        COMES NOW, the Plaintiff, Sam S. Leslie, ("Plaintiff" or "Trustee") as and for his complaint
26 herein, complains and alleges as follows:
27                                    I.
                       THE PARTIES AND JURISDICTION
28
          1.    This Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§

                                          1

1    1334 and 157, and this is a core proceeding under 28 U.S.C. §§ 157(b)(1), 157(b)(2)(A), (H), (K), or

2    (O). In the event this proceeding is determined to include non-core claims for relief, the Plaintiff

3    consents to the entry of a final order or judgment by the Bankruptcy Court as to any such claims.

4    Venue in the Central District of California, Los Angeles Division (the "Bankruptcy Court"), is proper

5    pursuant to 28 U.S.C. § 1409 in that this adversary proceeding is related to the bankruptcy case of

6    Aliuska Udria  bearing case number 2:14-bk-26506-BR presently pending under Chapter 7 of Title

7    11 of the United States Code in the Bankruptcy Court. (the "Bankruptcy Case")

8        2.    The Plaintiff, Sam S. Leslie, is the duly appointed and acting Chapter 7 bankruptcy

9    trustee for the estate of Aliuska Udria.

10        3.    The defendant, Luis Rodriguez Aguilera, aka, Luis A. Rodriguez, ("Aguilera") is and

11    at all times alleged herein, an individual residing in the County of Los Angeles in the State of

12    California and subject to the jurisdiction of this Court.

13        4.    The defendant, Candida Rosa Guerrero Ricardo, aka Candida R. Guerrero, ("Ricardo"

14    and collectively referred to herein with Aguilera as the "Defendants"),  is and at all times all times

15    alleged herein, an individual residing in the County of Los Angeles in the State of California and

16    subject to the jurisdiction of this Court.  The Plaintiff is informed and believes and thereon alleges

17    that, Ricardo is the wife of Aguilera.

18        5.    The debtor, Aliuska Udria, ("Debtor") commenced her bankruptcy case by filing a

19    voluntary petition under Chapter 7 of the Bankruptcy Code in the Bankruptcy Court, on August 27,

20    2014. ("Petition Date")

21    **II.**

22    **ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

23        6.    Plaintiff refers to the allegations set forth in paragraph 1 through 5 hereof and

24    incorporates said allegations herein as if fully set forth hereat.

25        7.    On or about August 6, 2003, the Debtor became a joint tenant owner of the real

26    property commonly known as 348 East 13th Street, Azusa, California 91702, Los Angeles County

27    Assessor's Parcel Number 8608-008-004 ("Property"), with her husband, Carlos J. Udria.  (A true

28    and correct copy of the Interspousal Grant Deed recorded on August 6, 2003, is attached hereto as

1 | **Exhibit "A"** and incorporated herein by this reference.)

2 |     8.    On or about April 9, 2009, Carlos J. Udria transferred his half joint tenant interest in

3 | the Property to the Debtor to hold as her sole and separate property. (A true and correct copy of the

4 | Interspousal Grant Deed recorded on April 9, 2009, is attached hereto as **Exhibit "B"** and

5 | incorporated herein by this reference.)

6 |     9.    On December 29, 2010, the Debtor transferred a half interest in the Property to

7 | Aguilera to hold as his sole and separate property, as joint tenants with the Debtor.  The Plaintiff is

8 | informed and believes and thereon alleges that the Debtor received no consideration or less than

9 | reasonably equivalent value in exchange for the transfer of her half interest in the Property to

10 | Aguilera, as the grant deed effecting the transfer stated that, "THIS IS A BONAFIDE GIFT AND

11 | THE GRANTOR AND GRANTEE RECEIVED NOTHING IN RETURN, R&T 11911." (the "2010

12 | Transfer")  (A true and correct copy of the Grant Deed recorded on December 29, 2010, is attached

13 | hereto as **Exhibit "C"** and incorporated herein by this reference.)

14 |     10.    On December 29, 2010, Ricardo transferred her community property interest in

15 | Aguilera's half joint tenant interest in the Property to Aguilera via an Interspousal Transfer Grant

16 | Deed recorded on December 29, 2010.  (A true and correct copy of the Interspousal Grant Deed

17 | recorded on December 29, 2010, is attached hereto as **Exhibit "D"** and incorporated herein by this

18 | reference.)

19 |     11.    On August 20, 2011, the Debtor executed a grant deed transferring her half joint

20 | tenant interest to Aguilera to hold as a married man as his sole and separate property.  The Plaintiff is

21 | informed and believes and thereon alleges that the Debtor received no consideration or less than

22 | reasonably equivalent value in exchange for the transfer of her half interest in the Property to

23 | Aguilera, as the grant deed effecting the transfer and recorded on October 3, 2011, stated that, "THIS

24 | IS A BONAFIDE GIFT AND THE GRANTOR AND GRANTEE RECEIVED NOTHING IN

25 | RETURN, R&T 11911." (the "2011 Transfer" and collectively referred to herein with the 2010

26 | Transfer as the "Transfers") (A true and correct copy of the Grant Deed recorded on October 3, 2011,

27 | is attached hereto as **Exhibit "E"** and incorporated herein by this reference.)

28 |     12.    On or about May 19, 2014, Aguilera transferred his half interest in the Property to

1   Ricardo to hold as husband and wife as joint tenants. The Plaintiff is informed and believes and

2   thereon alleges that Aguilera received no consideration or less than reasonably equivalent value in

3   exchange for the transfer of his half interest in the Property to Ricardo, as the grant deed effecting the

4   transfer and recorded on May 19, 2014, stated that, "THIS IS A BONAFIDE GIFT AND THE

5   GRANTOR AND GRANTEE RECEIVED NOTHING IN RETURN, R&T 11911." (A true and

6   correct copy of the Grant Deed recorded on May 19, 2014, is attached hereto as **Exhibit "F"** and

7   incorporated herein by this reference.)

8       13.    On the Petition Date, the Debtor filed her bankruptcy schedules reflecting that she

9   owed the Internal Revenue Service an "unknown" amount of tax debt for the years 2009 and 2010.

10   According to a Proof of Claim No. 3 filed by the Internal Revenue Service on February 3, 2015 in the

11   Bankruptcy Case, the Debtor owes $2,041.40 in estimated taxes for the tax years 2009 and 2010.

12   Proof of Claim No. 2 filed by the California Franchise Tax Board in the Bankruptcy Case on

13   February 10, 2015, further reflected that the Debtor owes $6,846.61 for the tax year 2010.

14       14.    The Debtors' schedules filed in the Bankruptcy Case states that the Debtor incurred

15   general unsecured nonpriority debt in the amounts of $4,641 (incurred from July 16, 2009 to March

16   24, 2011), $1,168 (incurred from May 5, 2010 to March 17, 2011) and $1,931 (incurred from

17   November 7, 2008 to December 1, 2010) and a debt in an "unknown" amount to Cach LLC during an

18   unspecified timeframe.

19       15.    The Debtor's schedule I states that the Debtor's only income is a monthly $1,000

20   payment for child support and her Statement of Financial Affairs states that the Debtor made $12,000

21   per year in 2012 and 2013 and $8,000 in 2014, up to the Petition Date.

22

23                                **III.**

24                        **FIRST CLAIM FOR RELIEF**

25   **(Avoidance of Actual Fraudulent Transfers Under 11 U.S.C. §544(b) and California Civil Code**

26              **§§ 3439.04(a)(1) and 3439.07-09 against all Defendants)**

27       16.    Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and

28   incorporates said allegations herein as if fully set forth hereat.

1      17.    Within four years prior to the Petition Date, the Debtor made the 2010 Transfer with

2  the actual intent to hinder, delay or defraud any creditor of the Debtor, including the creditors alleged

3  in paragraphs 13 and 14 herein.

4      18.    The Plaintiff is informed and believes that Aguilera did not take possession of the

5  Property in good faith and for a reasonably equivalent value, and took possession thereof with

6  knowledge of the voidability of such transfer.  Therefore, 2010 Transfer is avoidable under Section

7  544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07-09.

8

9                       **IV.**

10                 **SECOND CLAIM FOR RELIEF**

11  **(Avoidance of Actual Fraudulent Transfers Under 11 U.S.C. §544(b) and California Civil Code**

12          **§§ 3439.04(a)(1) and 3439.07-09 against all Defendants)**

13      19.    Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and

14  incorporates said allegations herein as if fully set forth hereat.

15      20.    Within four years prior to the Petition Date, the Debtor made the 2011 Transfer with

16  the actual intent to hinder, delay or defraud any creditor of the Debtor, including the creditors alleged

17  in paragraphs 13 and 14 herein.

18      21.    The Plaintiff is informed and believes that Aguilera did not take possession of the

19  Property in good faith and for a reasonably equivalent value, and took possession thereof with

20  knowledge of the voidability of such transfer.  Therefore, the 2011 Transfer is avoidable under

21  Section 544(b) and California Civil Code sections 3439.04(a)(1) and 3439.07-09.

22

23                       **V.**

24                 **THIRD CLAIM FOR RELIEF**

25  **(Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. §544(b) and California Civil**

26         **Code §§ 3439.04(a)(2)(B) and 3439.07-09 against all Defendants)**

27      22.    Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and

28  incorporates said allegations herein as if fully set forth hereat.

1      23.     Within four years prior to the Petition Date, the Debtor made the 2010 Transfer

2   without receiving a reasonably equivalent value in exchange.

3      24.     The Debtor intended to incur, or believed or reasonably should have believed that she

4   would incur, debts beyond her ability to pay as they became due, including the debts alleged in

5   paragraphs 13 and 14 herein.

6      25.     The Plaintiff is informed and believes that Aguilera did not take possession of the

7   Property in good faith and for a reasonably equivalent value, and took possession thereof with

8   knowledge of the voidability of such transfer.  Therefore, the 2010 Transfer is avoidable under

9   Section 544(b) and California Civil Code sections 3439.04(a)(2)(A) and 3439.07-09.

10

11                                         VI.

12                          **FOURTH CLAIM FOR RELIEF**

13  **(Avoidance of Constructive Fraudulent Transfers Under 11 U.S.C. §544(b) and California Civil**

14              **Code §§ 3439.04(a)(2)(B) and 3439.07-09 against all Defendants)**

15      26.     Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and

16  incorporates said allegations herein as if fully set forth hereat.

17      27.     Within four years prior to the Petition Date, the Debtor made the 2011 Transfer

18  without receiving a reasonably equivalent value in exchange.

19      28.     The Debtor intended to incur, or believed or reasonably should have believed that she

20  would incur, debts beyond her ability to pay as they became due, including the debts alleged in

21  paragraphs 13 and 14 herein.

22      29.     The Plaintiff is informed and believes that Aguilera did not take possession of the

23  Property in good faith and for a reasonably equivalent value, and took possession thereof with

24  knowledge of the voidability of such transfer.  Therefore, the 2011 Transfer is avoidable under

25  Section 544(b) and California Civil Code sections 3439.04(a)(2)(A) and 3439.07-09.

26  ///

27  ///

28  ///

## VII.

### FIFTH CLAIM FOR RELIEF

**(Avoidance of Constructive Fraudulent Transfers under 11 U.S.C. §544(b) and California Civil Code §§ 3439.05 and 3439.07-09 against all Defendants)**

30.  Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and incorporates said allegations herein as if fully set forth hereat.

31.  Within four years prior to the Petition Date, the Debtor made the 2010 Transfer without receiving a reasonably equivalent value in exchange.

32.  The Debtor was insolvent on the date of the 2010 Transfer or became insolvent as a result of such transfer.

33.  The Plaintiff is informed and believes that Aguilera did not take possession of the Property in good faith and for a reasonably equivalent value, and took possession thereof with knowledge of the voidability of such transfer.  Therefore, the 2010 Transfer is avoidable under Section 544(b) and California Civil Code sections 3439.05 and 3439.07-09.

## VIII.

### SIXTH CLAIM FOR RELIEF

**(Avoidance of Constructive Fraudulent Transfers under 11 U.S.C. §544(b) and California Civil Code §§ 3439.05 and 3439.07-09 against all Defendants)**

34.  Plaintiff refers to the allegations set forth in paragraph 1 through 15 hereof and incorporates said allegations herein as if fully set forth hereat.

35.  Within four years prior to the Petition Date, the Debtor made the 2011 Transfer without receiving a reasonably equivalent value in exchange.

36.  The Debtor was insolvent on the date of the 2011 Transfer or became insolvent as a result of such transfer.

37.  The Plaintiff is informed and believes that Aguilera did not take possession of the Property in good faith and for a reasonably equivalent value, and took possession thereof with

1  knowledge of the voidability of such transfer.  Therefore, the 2011 Transfer is avoidable under

2  Section 544(b) and California Civil Code sections 3439.05 and 3439.07-09.

3

4                                              IX.

5                          **SEVENTH CLAIM FOR RELIEF**

6  **(Recovery of Avoided Transfer or Value Thereof Under 11 U.S.C. §550 against all Defendants)**

7          38.     Plaintiff refers to the allegations set forth in paragraph 1 through 37 hereof and

8  incorporates said allegations herein as if fully set forth hereat.

9          39.     Plaintiff is entitled to not only avoid the Transfers, but also to recover the value

10 thereof under Section 550(a) for the benefit of the estate from the Defendants.

11

12                                             X.

13                                          **PRAYER**

14 **WHEREFORE,** Plaintiff respectfully prays for judgment as follows:

15 **ON THE FIRST CLAIM FOR RELIEF:**

16     1.     For a judgment and/or order that the 2010 Transfer is avoided;

17 **ON THE SECOND CLAIM FOR RELIEF:**

18     2.     For a judgment and/or order that the 2011 Transfer is avoided;

19 **ON THE THIRD CLAIM FOR RELIEF:**

20     3.     For a judgment and/or order that the 2010 Transfer is avoided;

21 **ON THE FOURTH CLAIM FOR RELIEF:**

22     4.     For a judgment and/or order that the 2011 Transfer is avoided;

23 **ON THE FIFTH CLAIM FOR RELIEF:**

24     5.     For a judgment and/or order that the 2010 Transfer is avoided;

25 **ON THE SIXTH CLAIM FOR RELIEF:**

26     6.     For a judgment and/or order that the 2011 Transfer is avoided;

27 **ON THE SEVENTH CLAIM FOR RELIEF:**

28     7.     For a judgment and/or order that the Transfers, and each of them, or the value thereof,

1 together with interest at the applicable rate from the date of each such Transfer, is recovered by

2 Plaintiff.

3 **ON ALL CLAIMS FOR RELIEF:**

4     8.    For costs of suit.

5     9.    For such other relief as the Court deems just and proper.

6

7 Dated: April 2, 2015             DUMAS & ASSOCIATES

8                           By: _____

9                             Christian T. Kim,

10                             Attorneys for the Plaintiff and Chapter 7 Trustee,
                            Sam S. Leslie

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT "A"

# EXHIBIT "A"

Branch :P02   User :SAFR

This page is part of your document - DO NOT DISCARD

03 2261952

RECORDED/FILED IN OFFICIAL RECORDS
RECORDER'S OFFICE
LOS ANGELES COUNTY
CALIFORNIA

AUG  06  2003  AT 8 AM

**TITLE(S) :**

L E A D   S H E E T

FEE                                                    D.T.T

FEE $ 13 XX

CODE
20

CODE
19

CODE
9____

Assessor's Identification Number (AIN)
To be completed by Examiner OR Title Company in black ink.        Number of Parcels Shown

8602 · 002 · 004                                    001

THIS FORM NOT TO BE DUPLICATED

LOS ANGELES, CA  Document:D 2003.2261952                              Page:1 of 4

Printed on:11/18/2014 6:21 PM

11

Case 2:14-bk-26506-BR    Doc 30    Filed 04/02/15    Entered 04/02/15 15:26:41    Desc
Main Document    Page 14 of 92
Branch :P02   User :SAFR

JUL-15-2003  16:55        EASTLAND ESCROWS        8/6/03                              P.01

03 2261952

**RECORDING REQUESTED BY**
NORTH AMERICAN TITLE COMPANY
AND WHEN RECORDED MAIL TO:
Carlos J. Udria
348 East 13th Street
Azusa, CA. 91702

1531660-67

A.P.N.: 8608-008-004          Order No.: 1531660-67

Space Above This Line for Recorder's Use Only
Escrow No.: 42852-GB

## INTERSPOUSAL TRANSFER GRANT DEED
(Excluded from reappraisal under California Constitution Act 13 A 1.et seq.)

DOCUMENTARY TRANSFER TAX $ NONE

This is an Interspousal Transfer and not a change in ownership under §63 of the Revenue and Taxation code and Grantor(s) has(have) checked the applicable exclusion from reappraisal:

[ ] From Joint Tenancy to Community Property
[X] From One Spouse to Both Spouses
[ ] From One Spouse to the Other Spouse
[ ] From Both Spouses to the Other Spouse
[ ] Other

"THIS IS A BONAFIDE GIFT AND
THE GRANTOR RECEIVED NOTHING
IN RETURN, R & T 11911"

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, GRANTOR Carlos J. Udria, a married man as his sole and separate property

hereby GRANT(S) to Carlos J. Udria and Alluska Udria, husband and wife as joint tenants

the following described property in the City of Azusa, County of Los Angeles State of California:

Lot 4 of Tract 22538, in the City of Azusa, County of Los Angeles, State of California as per map recorded in Book 657, Pages 32 and 33, of Maps in the Office of the County Recorder of said County.

Carlos J. Udria

Document Date:  July 15, 2003

STATE OF CALIFORNIA
COUNTY OF  Los Angeles        )SS
On  July 15, 2003          before me,  Lisa Stafford
personally appeared  Carlos J. Udria and Alluska Udria  personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature  Lisa Stafford

LISA STAFFORD
Commission # 1385572
Notary Public - California
Los Angeles County
My Comm. Expires Nov 19, 2006

RECORDER'S MEMO:
LEGIBLE COPY ATTACHED HERETO

Mail Tax Statements to:   SAME AS ABOVE or Address Noted Below

LOS ANGELES, CA  Document:D 2003.2261952

Printed on:11/18/2014 6:21 PM

# EXHIBIT "B"

# EXHIBIT "B"

This page is part of your document - DO NOT DISCARD

## 20090512067



Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

04/09/09 AT 08:00AM

| | |
|---|---|
| FEES: | 13.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 13.00 |



LEADSHEET



200904090120003

00000331409

002052608

SEQ:
04

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED        t62

LOS ANGELES, CA  Document:D 2009.512067                    Page:1 of 2

Printed on:11/18/2014 6:21 PM

14

Branch :P02   User :SAFR

RECORDING REQUESTED BY:

When Recorded Mail Document To:

*20090512067*

ALIUSKA UDRIA
348 EAST 13TH STREET
AZUSA, CA. 91702

3016 0600 -FNT

Z

APN: 8608-008-004

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## INTERSPOUSAL TRANSFER DEED
### (Excluded from reappraisal under California Constitution Article 13 A Section 1 et seq.)

Documentary transfer tax is $ 0.00  City tax $ 0.00  *none  no consideration*

This is an Interspousal Transfer and not a change in ownership under Section 63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,   **CARLOS J. UDRIA, SPOUSE OF GRANTEE**

hereby GRANT(S) to   **ALIUSKA UDRIA, A MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY**

the real property in the City of AZUSA,
County of Los Angeles, State of California:
LOT 4 OF TRACT 22538, IN THE CITY OF AZUSA, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA AS PER MAP RECORDED IN BOOK 657, PAGES 32 AND 33, OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
*IT IS THE EXPRESS INTENT OF THE GRANTOR, BEING THE SPOUSE OF THE GRANTEE, TO COVEY ALL RIGHT, TITLE AND INTEREST OF THE GRANTOR, COMMUNITY, OR OTHERWISE, IN AND TO THE HEREIN DESCRIBED PROPERTY TO THE GRANTEE AS HER SOLE AND SEPARATE PROPERTY.*
DATED: November 3, 2008

CARLOS J. UDRIA

STATE OF CALIFORNIA
COUNTY OF Los Angeles
ON 1-28-09  before me,
Francisca Dominguez   NOTARY PUBLIC
personally appeared Carlos J. Udria

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Signature

This conveyance establishes sole and separate property of a spouse, R & T 11911.

FRANCISCA DOMINGUEZ
COMM. #1674574
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Commission Expires July 6, 2010

MAIL TAX STATEMENT AS DIRECTED ABOVE

UD-13C (Rev 12/95)

INTERSPOUSAL TRANSFER DEED

(4)

# EXHIBIT "C"

# EXHIBIT "C"

Case 2:15-ap-01166-BR   Doc 4   Filed 04/09/15   Entered 04/09/15 12:38:52   Desc
Main Document      Page 29 of 42

Case 2:14-bk-26506-BR   Doc 30   Filed 04/02/15   Entered 04/02/15 15:26:41   Desc
Branch :P02   User :SAFR          Main Document      Page 19 of 32

**This page is part of your document - DO NOT DISCARD**

## 20101933265



Pages:
0002

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/29/10 AT 12:06PM**

| | |
|---|---|
| FEES: | 15.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 15.00 |



LEADSHEET



201012290040046

00003521178

003072646

SEQ:
01

DAR - Counter (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED

LOS ANGELES, CA  Document:D 2010.1933265                          Page:1 of 2

Printed on:11/18/2014 6:21 PM

Branch :P02   User :SAFR

RECORDING REQUESTED BY:

Order No.
Escrow No.
Parcel No. 8608-008-004

12/29/2010

*20101933265*

2

AND WHEN RECORDED MAIL TO:

ALIUSKA UDRIA
348 EAST 13TH STREET
AZUSA, CA 91702

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# GRANT DEED

"THIS IS A BONAFIDE GIFT AND THE GRANTOR AND GRANTEE RECEIVED NOTHING IN RETURN, R&T 11911"
THE UNDERSIGNED GRANTOR(S) DECLARE(S) THAT DOCUMENTARY TRANSFER TAX IS $0.00 and CITY $0.00

☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area;    ☐ AZUSA, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
ALIUSKA UDRIA, AN UNMARRIED WOMAN (WHO ACQUIRE TITLE AS ALIUSKA UDRIA, A
MARRIED WOMAN AS HER SOLE AND SEPARATE PROPERTY)

hereby GRANT(S) to   ALIUSKA UDRIA, AN UNMARRIED WOMAN AND LUIS A. RODRIGUEZ, A
MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY AS JOINT
TENANTS

the following described real property in the County of Los Angeles, State of California:
Lot 4 of Tract 22538, in the City of Azusa, County of Los Angeles, State of California, as per map recorded in book
657, pages 32 and 33 of Maps in the office of the county recorder of said county.

Date   December 29, 2010

Aliuska Udria
_____
Aliuska Udria

STATE OF CALIFORNIA                }
                                   }S.S.
COUNTY OF Los Angeles              }

On 12-29-10 before me, N. Lopez, Notary Public
personally appeared Aliuska Udria _____ who proved to me on the basis of
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and
acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by
his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted,
executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

N. LOPEZ
Commission # 1748928
Notary Public - California
Los Angeles County
My Comm. Expires Jun 4, 2011

Mail Tax Statement to SAME AS ABOVE or Address Noted Below

LOS ANGELES, CA  Document:D 2010.1933265

Printed on:11/18/2014 6:21 PM

Page:2 of 2

# EXHIBIT "D"

# EXHIBIT "D"

Case 2:15-ap-01166-BR   Doc 4   Filed 04/09/15   Entered 04/09/15 12:38:52   Desc
Main Document    Page 32 of 42

Case 2:14-bk-26506-BR   Doc 30   Filed 04/02/15   Entered 04/02/15 15:26:41   Desc
Branch :P02  User :SAFR                Main Document    Page 22 of 32

**This page is part of your document - DO NOT DISCARD**

# 20101933266



**Pages:**
**0002**

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**12/29/10 AT 12:06PM**

| | |
|---|---|
| FEES: | 19.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 19.00 |

LEADSHEET

201012290040046

00003521179

003072846

**SEQ:**
**02**

DAR - Counter (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

LOS ANGELES, CA  Document:D 2010.1933266

Printed on:11/18/2014 6:21 PM

Page:1 of 2

Case 2:15-ap-01166-BR   Doc 4   Filed 04/09/15   Entered 04/09/15 12:38:52   Desc
Main Document   Page 33 of 42

Case 2:14-bk-26506-BR   Doc 30   Filed 04/02/15   Entered 04/02/15 15:26:41   Desc
Branch :P02   User :SAFR   Main Document   Page 23 of 32

RECORDING REQUESTED BY:

Order No.
Escrow No.
Parcel No. 8608-008-004

12/29/2010

*20101933266*

AND WHEN RECORDED MAIL TO:

LUIS A. RODRIGUEZ
348 EAST 13TH STREET
AZUSA, CA 91702

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## INTERSPOUSAL TRANSFER GRANT DEED
(Excluded from reappraisal under California Constitution Act 13 A 1.et.seq.)

DOCUMENTARY TRANSFER TAX $NONE

This is an Interspousal Transfer and not a change in ownership under §63 of the Revenue and Taxation Code and Grantor(s) has (have) checked the applicable exclusion from reappraisal:

- ☐ From Joint Tenancy to Community Property
- ☐ From One Spouse to Both Spouses
- ☒ From One Spouse to the Other Spouse
- ☐ From Both Spouses to the Other Spouse
- ☐ Other:

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, GRANTOR
CANDIDA R. GUERRERO, SPOUSE OF GRANTEE

hereby GRANTS to LUIS A. RODRIGUEZ, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY

the real property in the City of Azusa County of Los Angeles, State of California:
Lot 4 of Tract 22538, in the City of Azusa, County of Los Angeles, State of California, as per map recorded in Book 657, Pages 32 and 33, of Maps in the office of the County Recorder of said County.

Dated   December 22, 2010

_Candida R. Guerrero_

STATE OF CALIFORNIA

COUNTY OF _Los Angeles_ }S.S.

*[handwritten: Conveyance Given for no value. This is a bonafide gift and the grantor received nothing on return. [signature] 1/9/10.]*

On _12-9-10_ before me _N. Lopez, Notary Public_
personally appeared _Candida R. Guerrero_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____   (Seal)

N. LOPEZ
Commission # 1746928
Notary Public - California
Los Angeles County
My Comm. Expires Jun 4, 2011

Mail Tax Statements to: SAME AS ABOVE or Address Noted Below

# EXHIBIT "E"

# EXHIBIT "E"

Branch :P02   User :SAFR

**This page is part of your document - DO NOT DISCARD**

# 20111336569



Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**10/03/11 AT 08:00AM**

| | |
|---|---|
| FEES: | 45.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 45.00 |



LEADSHEET



201110030190003

00004764998



003541104

SEQ:
24

DAR - Title Company (Hard Copy)



THIS FORM IS NOT TO BE DUPLICATED          r29

Case 2:15-ap-01166-BR   Doc 4   Filed 04/09/15   Entered 04/09/15 12:38:52   Desc
Main Document   Page 36 of 42

Case 2:14-bk-26506-BR   Doc 30   Filed 04/02/15   Entered 04/02/15 15:26:41   Desc
Branch :P02   User :SAFR   Main Document   Page 26 of 32

2.

RECORDING REQUESTED BY:
Advantage Title, Inc.

AND WHEN RECORDED MAIL TO:

Mr. Luis A. Rodriguez
348 East 13th Street
Azusa, CA 91702



10/03/2011

*20111336569*

*111 398630*

Title Order No.: 310-1113585-30

THIS SPACE FOR RECORDER'S USE ONLY:
Escrow No.: 108703-AC

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)      This is a bonafide  gift & the.
DOCUMENTARY TRANSFER TAX is $NONE      grantor received
[X] computed on full value of property conveyed, or      nothing in
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.      return R+T
[ ] Unincorporated area   [X] City of Azusa AND      1911

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

Aliuska Udria,   an unmarried woman

hereby GRANT(s) to:

Luis Rodriguez Aguilera, a married man as his sole and
separate property
the real property in the City of Azusa, County of Los Angeles, State of California, described as:
Lot 4 of Tract No. 22538, in the City of Los Angeles, County of Los Angeles, State of California, as per Map
recorded in Book 657, Pages 32 and 33 of Maps, in the Office of the County Recorder of said County.
Also Known as: 348 East 13th Street, Azusa, CA 91702
AP#: 8608-008-004

DATED August 20, 2011
STATE OF CALIFORNIA
COUNTY OF Los Angeles

X Aliuska Udria
Aliuska Udria

On August 25, 2011
before me, Julio C. Salas
A Notary Public in and for said State personally appeared
Aliuska Udria

who proved to me on the basis of satisfactory evidence to be the
person(s) whose name(s) is/are subscribed to the within instrument
and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their
signature(s) on the instrument the person(s), or the entity upon
behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

JULIO C. SALAS
Commission # 1785738
Notary Public · California
Los Angeles County
My Comm. Expires Dec 17, 2011

Signature
(Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

2+5

Branch :P02   User :SAFR

3

RECORDING REQUESTED BY:
Advantage Title, Inc.

AND WHEN RECORDED MAIL TO:

Mr. Luis A. Rodriguez
348 East 13th Street
Azusa, CA  91702

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: 310-1113988-30

Escrow No.: 168703-AC

## GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $NONE**

[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Azusa AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Alluska Udria,**   an unmarried woman

hereby GRANT(s) to:

Luis Rodriguez Aguilera, a married man as his sole and separate property

the real property in the City of Azusa, County of Los Angeles, State of California, described as:
Lot 4 of Tract No. 22638, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 657, Pages 32 and 33 of Maps, in the Office of the County Recorder of said County.
Also Known as: 348 East 13th Street, Azusa, CA  91702
AP#: 8608-008-004

DATED August 20, 2011
STATE OF CALIFORNIA
COUNTY OF _____

X Alluska Udria

On _____
before me, _____
A Notary Public in and for said State personally appeared

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____                    (Seal)
MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE;

LOS ANGELES, CA  Document:D 2011.1336569

Printed on:11/18/2014 6:21 PM

Page:3 of 4

25

Branch :P02    User :SAFR

*4*

I certify ( or declare ) under penalty of perjury that the foregoing
is true and correct.      CIVIC CENTER TITLE SERVICES

*10-3-11*
DATE

SIGNATURE

NORWALK
PLACE OF EXECUTION

LOS ANGELES, CA  Document:D 2011.1336569

Printed on:11/18/2014 6:21 PM

Page:4 of 4

26

# EXHIBIT "F"

# EXHIBIT "F"

Branch :P02   User :SAFR

**This page is part of your document - DO NOT DISCARD**



## 20140516790

Pages:
0003

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**05/19/14 AT 01:41PM**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 25.00 |



LEADSHEET

201405192990093

00009192303



008196993

SEQ:
01

DAR - Mail (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**

LOS ANGELES, CA  Document:D 2014.516790

Printed on:11/18/2014 6:21 PM

Page:1 of 3

Branch :P02  User :SAFR

7

Recording Requested By
Luis Rodriguez Aguilera
And when recorded mail to:

Name    Luis Rodriguez
Street
Address   348 East 13th St.
        Azusa CA 91702
City
State
Zip.

05/19/2014

*20140516790*

Space above this line for recorder's use

# GRANT DEED

DOCUMENTARY TRANSFER TAX $  0.
☑ computed on full value of property conveyed, or
☑ computed on full value less liens and
    encumbrances remaining at time of sale.

Signature of Declarant or Agent Determining Tax   Firm Name

FOR VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, I/We, LUIS RODRIGUEZ AGUILERA

(Name of grantor(s))

grant to  LUIS RODRIGUEZ AGUILERA AND OR CANDIDA ROSA GUERRERO RICARDO HUSBAND AND WIFE AS
(Name of grantee(s))
JOINT TENANTS .
all that real property in the City of AZUSA _____, County of LOS ANGELES _____, State of CA
described as follows:

LOT 4 OF TRACT No. 22538, IN THE CITY OF AZUSA COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA AS PER MAP RECORDED IN BOOK 657 PAGES 32 AND 33 OF MAPS IN THE OFFICE
OF THE COUNTY RECORDER OF SAID COUNTY

THIS IS A BONAFIDE GIFT AND THE GRANTOR RECEIVED NOTHING IN RETURN R & T 11911

Assessor's parcel No. 8608 008 004
Executed on  APRIL 6, 2014 _____, in the City of ____ AZUSA _____, State of CA ___

x _____
                                                                LUIS RODRIGUEZ
                                                                        AGUILERA
x _____
                                                                Candida Rosa Guerrero
                                                                        Ricardo

STATE OF  California _____
COUNTY OF  Los Angeles _____

On  04/06/2014 ____ before me,  Julio C. Salas ____
Notary Public, personally appeared  Luis Rodriguez Aguilera and or
Candida Rosa Guerrero Ricardo _____
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged to me that he/she/they executed
the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the
instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.
    I certify under Penalty of Perjury under the laws of the State of California that the foregoing
paragraph is true and correct.

WITNESS my hand and official seal.

_____
Signature          (Seal)

JULIO C. SALAS
Commission # 1981136
Notary Public - California
Los Angeles County
My Comm. Expires Dec 17, 2015

CAPACITY CLAIMED BY SIGNER(S)
☑ Individual(s)
☐ Corporate
    Officer(s) _____
☐ Partner(s)    ☐ Limited    ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian/Conservator

RIGHT THUMBPRINT (Optional)

MAIL tax sent to:  Wells Fargo Bank  P.O. Box 14411 Des Moines IA 50306

Wolcotts Forms, our resellers and agents make no representations or warranty, express or implied, as to the
fitness of this form for any specific use or purpose. If you have any question, it is always best to consult a qualified
attorney before using this or any legal document ©2007 WOLCOTTS FORMS, INC.

Page:2 of 3

LOS ANGELES, CA Document:D 2014.516790

Printed on:11/18/2014 6:21 PM

29

Case 2:15-ap-01166-BR   Doc 4   Filed 04/09/15   Entered 04/09/15 12:38:52   Desc
Main Document   Page 42 of 42

Case 2:14-bk-26506-BR   Doc 30   Filed 04/02/15   Entered 04/02/15 15:26:41   Desc
Branch :P02   User :SAFR   Main Document- ---Page 32 of 32

*3*

## ACKNOWLEDGMENT

State of California

County of Los Angeles

On, _APRIL 6, 2004_ before me _Julio C. Salas_ Notary Public personally appeared

_Luis Rodriguez Aguilera  and  Candida Rosa Guerrero Ricardo_

_____, who   proved   to   me   on   the   basis of
satisfactory   evidence   to   be   the   person(s)   whose   name(s)   is/are   subscribed   to   the   within
instrument   and   acknowledged   to   me   that   he/she/they   executed   the   same   in   his/her/their
authorized   capacity   (ies),   and   that   by   his/her/their   signature(s)   on   the   instrument   the   person(s),   or
entity   upon   behalf   of   which   the   person(s)   acted,   executed   the   instrument.

I certify   under   PENALTY OF PERJURY   under   the   laws   of   the   State   of   California   that   the

foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____  (Seal)

> JULIO C. SALAS
> Commission # 1961136
> Notary Public - California
> Los Angeles County
> My Comm. Expires Dec 17, 2016